UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

QUAN QUOC HO ET AL                                      CASE NO.  1:25-CV-00807

-vs-                                                                    JUDGE DRELL

HA NGAN ET AL                                MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 21), and after independent (de novo) review of the record including the objection filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Quan Quac Ho's intentional tort and negligence claims against Defendants Ha Ngan, NTP Nail Salon LLC, and Progressive Paloverde Insurance Company are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Quan Quac Ho's Motion to Remand (ECF No. 9) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___8th___ day of  April 2026.


                                                        DEE D. DRELL, SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT